CCA # 13-12-00605-CR    OFFENSE: Manslaughter

STYLE: MARIA ALMAGUER v. THE STATE OF TEXAS    COUNTY: Hidalgo

TRIAL COURT:       93rd District Court
TRIAL COURT #:     CR-217-09-B
TRIAL COURT JUDGE: Hon. Rodolfo Delgado
DISPOSITION: VACATED IN PART and AFFIRMED IN PART
DATE: _____
JUSTICE: _____ PC ___ S _X__
PUBLISH: ___X___       DNP: _____

                                        MOTION
                           FOR REHEARING WAS: DENIED
                       DATE: October 9, 2014
                       JUDGE: Gina M. Benavides

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
 SUPP RPT RECORD _____X_____
SUPP BR _____X_____
 PRO SE BR_____

## IN THE COURT OF CRIMINAL APPEALS

                                        CCA # _____

___PRO SE___ Petition              Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
____refused_____             JUDGE: _____
DATE: March 18, 2015               SIGNED: _____   PC: _____
JUDGE: PC _____          PUBLISH: _____   DNP: _____

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____    _____ ON _____
JUDGE: _____    JUDGE: _____

# Vol. 1 of 5